IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 13 |
| | ) | Case No. 11 B 84241 |
| MICHAEL A. TURNER, | ) | Honorable Judge Thomas M. Lynch |
| And SHARON L. TURNER, | ) | |
| | ) | |
| Debtors. | ) | |

**CONSENT TO JURISDICTION FOR PURPOSES OF ENTERING FINAL JUDGMENT**

NOW COMES creditor, CitiMortgage, Inc., by and through its attorneys, ANDREW SZOCKA, P.C., and for its Consent to Jurisdiction for Purposes of Entering Final Judgment, states as follows:

CitiMortgage, Inc. consents to the jurisdiction of the United States Bankruptcy Court to enter a final judgment in this matter with respect to the Petition for Rule to Show Cause filed by the Debtors, Michael A. Turner and Sharon L. Turner, on April 28, 2014.

    Respectfully submitted,

    CITIMORTGAGE, INC.

    By: */s/ Karen C. Mitch*
        ANDREW SZOCKA, P.C.
        One of its Attorneys

ANDREW SZOCKA, P.C.
Attorneys for Plaintiff
799 E. Terra Cotta Avenue
Crystal Lake, IL  60014
Ph:  (815) 455-8430
Fax:  (815) 455-8431

1